Law Office of
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

November 7, 2019

VIA ECF

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Sentencing adjourned to November 25, 2019 at 11:00 a.m. Defense counsel to file sentencing submission by November 19, 2019.
>
> SO ORDERED:
>
> /s/ William H. Pauley III
> WILLIAM H. PAULEY III
> U.S.D.J.
>
> November 13, 2019

Re:  *United States v Sean Knottt*
     18 Cr 612 (WHP)
     <u>Request for Adjournment of Sentencing</u>

Dear Judge Pauley:

Reference is made to the scheduled sentencing of defendant Sean Knott in the above-entitled case. It is respectfully requested that the sentencing in the instant case be adjourned on consent until November 25, 2019. Counsel needs additional time to meet with his counsel in advance of sentencing

I have advised my client and the Assistant United States Attorney Sara Krissoff regarding this situation, and my client consents to this request for an adjournment.

Accordingly, it is respectfully requested that the sentencing in this matter be adjourned until September 5, 2019 or any date thereafter convenient to the Court.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler